## UNITED STATES, RESPONDENT, v. WILLIAM H. BROMLEY, APPELLANT.

UNLAWFUL COHABITATION.—Affirmed on the authority of *United States* v. *Groesbeck,* ante p. 487.

APPEAL from judgment of the district court of the first district.

*Mr. S. R. Thurman,* for appellant.

*Mr. Ransford Smith,* for respondent.

ZANE, C. J.:

This is an appeal from a judgment of the district court of the first judicial district. The appellant was indicted for unlawful cohabitation with the two women named in the indictment. The indictment contains two counts, charging cohabitation during different periods. The appellant was convicted and sentenced on each. All the questions presented by this record were considered and decided in the case of *U. S.* v. *Groesbeck,* ante p. 487, decided at the present term of this court. This renders an extensive consideration of this case unnecessary. For the reasons given in that case we affirm the judgment of the trial court in this.

BOREMAN, J., and POWERS, J., concurred.